IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    Case No. 2:20-mj-00410-JDW |
| v. | : |
| | : |
| DAWAYNE BRIGGS. | : |
| _____ | : |

## ORDER

AND NOW, this 22nd day of April, 2020, upon consideration of the Appeal of Magistrate's Denial of Pretrial Release (ECF No. 15), which the Court treats as a Motion for revocation or amendment of an order of detention pursuant to 18 U.S.C. § 3145(b), for the reasons given on the record and in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Honorable Joshua D. Wolson
United States District Judge