IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAGISTRATE NO. 20-410 |
| | : | |
| DAWAYNE BRIGGS | : | |

## **ORDER**

AND NOW, this 9th day of July, 2020, upon consideration of the Government's Motion for Continuance and Defendant Dawayne Briggs's opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 37) is GRANTED in part. The deadline for filing an indictment or information in the above-captioned case is CONTINUED until July 31, 2020. For the reasons discussed in the accompanying Memorandum, the Court finds the ends of justice served by granting this continuance outweigh the best interest of the public and Briggs in a speedy trial. The period of delay resulting from this continuance shall therefore be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.